**FILED**

May 10, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Lewis W. Harp III - BS2228
Name and Prisoner Booking Number

CSATF / State Prison at Corcoran
Place of Confinement

P.O Box 5244
Mailing Address

Corcoran, CA 93212
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Lewis Wayn Harp III
(Full Name of Plaintiff)
                    Plaintiff,

v.

(1) The Modesto Gospel Mission
(Full Name of Defendant)

(2) Head of Security for The MGM

(3)

(4)
                    Defendant(s).
☐ Check if there are additional Defendants, and attach page 1-A listing them

1:23-cv-00718-GSA-PC

CASE NO. _____
                    (To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:

    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents. 403 U.S. 388 (1971).

    ☐ Other: _____

2.  Institution/city where violation occurred: Modesto, CA

## B. DEFENDANTS

1. Name of first Defendant: _The Modesto Gospil Mission_ . The first Defendant is employed as:
_____ at _____
(Position and Title)                                                (Institution)

2. Name of second Defendant: ___unknown___ . The second Defendant is employed as:
_Head of Security_ at _The Modesto Gospil Mission_ .
(Position and Title)                                                (Institution)

3. Name of third Defendant: _____ . The third Defendant is employed as:
_____ at _____
(Position and Title)                                                (Institution)

4. Name of fourth Defendant: _____ . The fourth Defendant is employed as:
_____ at _____
(Position and Title)                                                (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _I was illegally detained by the head of security at the modesto gospel mission. This then lead to my incarceration._

2. Claim I. Identify the issue involved. Check only one. State additional issues in separate claims.

☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer   ☒ Threat to safety   ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_The security gaurd at the Modesto Gospil Mission pulled me from a vehicle and wrestled me to the ground. He held me there until the police arrived and took me into custody. It goes well beyond a citizen's duty to hold a person to the ground, under citizen's arrest, especially when there is no violence involved._

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

_The security gaurd was a threat to my safety because he does not have the same training police officers have for their line of duty_

5. Administrative Remedies:

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?          ☒ Yes   ☐ No

b. Did you submit a request for administrative relief on Claim I?          ☒ Yes   ☐ No

c. Did you appeal your request for relief on Claim I to the highest level?          ☐ Yes   ☒ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _I believe they would just tell me that I could contact the courts on my own athority. This is a separate matter._

3

## CLAIM II

1.  State the constitutional or other federal civil right that was violated: _____

2.  Claim II. Identify the issue involved. Check **only one**. State additional issues in separate claims.
    ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
    ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other: _____

3.  Supporting Facts. State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each** Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  Injury. State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____

5.  Administrative Remedies.
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?
        ☐ Yes ☐ No
    b.  Did you submit a request for administrative relief on Claim II?
        ☐ Yes ☐ No
    c.  Did you appeal your request for relief on Claim II to the highest level?
        ☐ Yes ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: _____

_____

2. Claim III. Identify the issue involved. Check only one. State additional issues in separate claims.

☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care

☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation

☐ Excessive force by an officer      ☐ Threat to safety   ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. Administrative Remedies.

     a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☐ Yes    ☐ No

     b. Did you submit a request for administrative relief on Claim III?      ☐ Yes    ☐ No

     c. Did you appeal your request for relief on Claim III to the highest level?      ☐ Yes    ☐ No

     d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I want the Modesto Gospel Mission to know this is a serious matter. I need them to produce the name of the security guard and documentation of the incident that occured on March 11, 2023, including daily activity logs and perhaps a statement from the security guard. I hope to take advantage of the company's policy on such matters.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____02/03/2023_____
          DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.