UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS W. HARP III, | CASE NO. 1:23-cv-00718-GSA-PC |
| Plaintiff, | ORDER DIRECTING THE CLERK'S OFFICE TO ADMINISTRATIVELY RE-DESIGNATE THIS ACTION AS A 440 CIVIL ACTION, RANDOMLY ASSIGN A DISTRICT JUDGE, AND RANDOMLY REASSIGN A MAGISTRATE JUDGE OTHER THAN MAGISTRATE JUDGE GARY S. AUSTIN |
| v. | |
| MODESTO GOSPEL MISSION, et al., | |
| Defendants. | |

This case was filed on May 10, 2023, by plaintiff Lewis Harp III, a state prisoner proceeding *pro se*. The action was inadvertently designated at opening as a prisoner conditions-of-confinement case.

Therefore, the Clerk's Office is HEREBY DIRECTED to:

1. Re-designate this action as a 440 civil action;

2. Randomly assign this case to a district judge; and

3. Randomly reassign this case to a magistrate judge other than Magistrate Judge Gary S. Austin.

IT IS SO ORDERED.

Dated:  **May 11, 2023**          **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE