1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11   LEWIS WAYNE HARP, III, | Case No.  1:23-cv-00718-TLN-JDP (PS) |
| 12              Plaintiff, | |
| 13        v. | FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH A COURT ORDER |
| 14   THE MODESTO GOSPEL MISSION, *et al.*, | |
| 15   | |
| 16              Defendants. | |

19     On May 17, 2023, the previously assigned magistrate judge screened plaintiff's complaint

20  and notified him that it failed state a claim. ECF No. 10. Plaintiff was granted thirty days to file

21  an amended complaint or a notice of voluntary dismissal. Plaintiff failed to do so. Accordingly,

22  on June 23, 2023, the previously assigned magistrate judge ordered him to show cause within

23  twenty-one days for why this action should not be dismissed for failure to prosecute and failure to

24  comply with a court order. ECF No. 12. Plaintiff was notified that if he wished to continue with

25  this lawsuit, he must file an amended complaint, a statement indicating he stands on his original

26  complaint, or a notice of voluntary dismissal. Plaintiff was also warned that failure to comply

27  with the that order would result in a recommendation that this action be dismissed. *Id*.

28

1

The deadline has passed, and plaintiff has not filed an amended complaint or otherwise responded to the June 23, 2023 order.  Accordingly, it is hereby RECOMMENDED that:

1. This action be dismissed without prejudice for failure to prosecute and failure to comply with court orders for the reasons set forth in the June 23, 2023 order.

2. The Clerk of Court be directed to close the case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   October 12, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2