## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**LEWIS WAYNE HARP III,**

CASE NO: **1:23–CV–00718–TLN–JDP**

v.

**THE MODESTO GOSPEL MISSION, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/9/23**

**Keith Holland**
Clerk of Court

ENTERED: **November 9, 2023**

by: /s/ A. Kastilahn
Deputy Clerk